# MANDELBAUM SALSBURG

**MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA, P.C.**   *Member of International Society of Primerus Law Firms*
ATTORNEYS AT LAW
FOUNDED IN 1930

RECEIVED MAR - 1 2010 AT 8:30 WILLIAM T. WALSH, CLERK

IRVING MANDELBAUM (1906-1993)

**155 PROSPECT AVENUE**
WEST ORANGE, NJ 07052-4204
TEL. (973) 736-4600 · FAX (973) 325-7467

**UNION COUNTY OFFICE**
75 ELIZABETH AVENUE
ELIZABETH, NJ 07206
TEL. (908) 353-6764 · FAX (908) 353-6780

**MIDDLESEX COUNTY OFFICE**
317 GEORGE STREET, SUITE 440
NEW BRUNSWICK, NJ 08901
TEL. (732) 628-0900 · FAX (732) 628-0920

**MONMOUTH COUNTY OFFICE**
119 MAPLE AVENUE
RED BANK, NJ 07701
TEL. (732) 933-1515 · FAX (732) 933-5551

**FLORIDA OFFICE**
10304 CROSBY PLACE
PORT ST. LUCIE, FL 34986
TEL. (772) 460-6356 · FAX (772) 460-6357
E-Mail: rsteinberg_esq@yahoo.com

**NEW YORK CITY OFFICE**
90 JOHN STREET, SUITE 309
NEW YORK, NY 10038
TEL. (212) 791-7200 · FAX (212) 791-7276

Website: www.msgld.com
E-Mail: pray@msgld.com
ALL REPLIES TO: **MONMOUTH COUNTY**
REFERENCE FILE #

BARRY R. MANDELBAUM
RICHARD M. SALSBURG[1]►
AVROM J. GOLD
YALE I. LAZRIS
JOSEPH J. DISCENZA+
JOSEPH A. VENA
LYNNE STROBER♦
OWEN T. HUGHES[2]
RICHARD L. SLAVITT[3]►
CHARLES S. LORBER
ARTHUR D. GROSSMAN
DEBORAH L. GREENE
ROBERT W. GLUCK
MICHAEL A. SAFFER[1]
STEVEN A. HOLT[1]
DENNIS J. ALESSI[1]
MARK F. KLUGER
WILLIAM H. HEALEY[4]+
JOSEPH J. PETERS
CRAIG W. ALEXANDER[3]
WILLIAM S. BARRETT[1]
STUART GOLD[3]►
CHERYL H. BURSTEIN[4]
ROBIN F. LEWIS[3]
THOMAS W. ACKERMANN[3]
SHARON T. JACOBSON
DAVID S. CARTON■
ARLA D. CAHILL[5]
DAVID A. WARD[1]

**" COUNSEL "**
ALAN L. SUSSMAN[3]
LISA FACTOR FOX[1]

**" OF COUNSEL "**
RICHARD H. STEINBERG[3]
MARK BAUMGARTEN
JOSEPH T. MURRAY▼
GARY C. ANGIULI
ALAN S. KATKIN

**" ASSOCIATES "**
MANUEL R. GROVA, JR.
DEBORAH A. CONCEPCION
GARY S. POPLASKI[3]
OWEN J. LIPNICK[3]
PHILLIP G. RAY
CHRISTOPHER M. ERB[3]
CASEY L. CARHART[3]

ROSEMARIE DaSILVA[3]
DEAN T. BENNETT[3]

HON. ROBERT A. LONGHI (RET.)
MICHAEL SCHLESINGER
CHARLES E. BAXLEY▼
JAMES F. BAXLEY
ANNAMARIE G. GENTILE

ALONA MAGIDOVA[3]
ANDREA L. ALEXANDER[4]
LANCE N. OLITT[3]
PETER H. TANELLA
YANET P. NOBLE[3]
SHARMILA D. IAZZETTI[1]
JUSTIN S. BLACK[3]

♦ FELLOW OF THE AMERICAN ACADEMY OF MATRIMONIAL LAWYERS
+ DESIGNATED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED CIVIL TRIAL ATTORNEY
■ CERTIFIED BY THE SUPREME COURT OF NEW JERSEY AS A CERTIFIED MATRIMONIAL LAW ATTORNEY
► COURT APPOINTED MEDIATOR                                    ▼ REGISTERED U.S. PATENT ATTORNEY
1 MEMBER OF NJ & PA BAR          4 MEMBER OF NJ, NY & CA BAR
2 MEMBER OF NJ & FL BAR          5 MEMBER OF NJ, NY & PA BAR
3 MEMBER OF NJ & NY BAR          6 MEMBER OF NJ, NY & D.C. BAR

February 19, 2010

*Via E-File*
The Honorable Joel A. Pisano
United States District Court
District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

*[Handwritten: Request granted. So ordered. JP 3/1]*

      Re:    **Everest, *et al.* v. Sutton, *et al.***
             <u>Civil Action No. 09-4758(JAP)</u>

Dear Judge Pisano:

      We are local counsel for the Defendants in this action. We write to request a one-week extension to file reply motion papers for Defendants' motion that is returnable March 1, 2010. As indicated in Defendants' motion, Plaintiffs filed a similar Complaint in the District of Colorado (the "Colorado Action"). Recently, Plaintiffs filed substantial motions against the Defendants in the Colorado Action. Accordingly, Plaintiffs' limited resources have been allocated to opposing Plaintiffs' Colorado motions.

      Moreover, in this action, Plaintiffs filed their extensive opposition (30 page brief and 300 page certification) after-hours on Tuesday, February 16, 2010. Thus, Defendants have been afforded only three business days to review Plaintiffs' voluminous opposition papers and prepare a reply.

      Defendants do not consent to Plaintiffs' extension request. However, in light of the foregoing, we respectfully request Your Honor grant Defendants' reasonable request.

MANDELBAUM, SALSBURG, GOLD, LAZRIS & DISCENZA
A PROFESSIONAL CORPORATION

Hon. Joel A. Pisano
February 19, 2010
Page 2

Thank you for your kind attention to this matter.

Respectfully submitted,

/s Phillip G. Ray
PHILLIP G. RAY

cc:   David D'Aloia, Esq. (via e-file)

PGR/sd